#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

**UNITED STATES OF AMERICA,**

    **v.**

**CHAIKIM REYNOLDS,**

    **Defendant.**

**Criminal No. 4:22-cr-39**

### NOTICE OF SENTENCING EXHIBITS

The United States of America, through its attorneys, Jessica D. Aber, United States Attorney, and Julie D. Podlesni and D. Mack Coleman, Assistant United States Attorneys, hereby files this Notice of Sentencing Exhibits. As noted in its Position on Sentencing and Response to Defendant's Sentencing Memorandum and Objections and discussed at the initial sentencing hearing, the United States has, with Defendant's agreement, streamlined the briefing and presentation of evidence by citing to already-introduced exhibits where possible and sending proposed copies of additional exhibits to defense counsel and the Court prior to the hearing using a uniform numbering system. *See* ECF No. 45 at n.3 and ECF No. 51 at n.1. As stated at the hearing, the United States understands that Defendant does not object to the introduction of these exhibits. For ease of reference, and because those exhibits submitted to the Court at trial for identification but not admitted into evidence (documented at Gov. Sent. Ex. 13) are not formally reflected on the record, the United States has also included those trial exhibits submitted for identification but not admitted into evidence, as denoted below.

| *No.* | *Exhibit* |
|---|---|
| 1 | Document – NNPD Incident Report No. 202201242 (2/13/22) |
| 2 | Document – Hampton Police Division Incident Report No. 22-0917039 (9/17/22) |
| 3 | Video – Body Worn Camera of C. Reynolds Arrest (9/17/22 6:54 p.m.) (13:30) |
| 4 | Transcript – C. Reynolds's Trial Testimony (11/30/22) |
| 5 | Video – C. Reynolds Interview by Dets. Griffin and Basabilbaso – Excerpt (1/23/19) (11:14) |
| 6 | Transcript – C.T. Interview |
| 7 | Document – Victim Impact Statement of W.M. for E.V. |
| 8 | Video – Body Worn Camera of Alger – Excerpt (2/13/22 4:34 a.m.) (11:27) |
| 9A | Video – Body Worn Camera of Alger – Excerpt (2/13/22 3:38 a.m.) (0:52) |
| 9B | Video – Body Worn Camera of Alger – Excerpt (2/13/22 3:40 a.m.) (4:36) |
| 9C | Video – Body Worn Camera of Alger – Excerpt (2/13/22 3:47 a.m.) (2:09) |
| 9D | Video – Body Worn Camera of Alger – Excerpt (2/13/22 3:55 a.m.) (2:01) |
| 10 | Screenshot – Facebook Post (11/23/19) |
| 11 | Screenshot – Facebook Post (11/23/19) |
| 12 | Screenshot – Facebook Post (2/29/20) |
| 13 | Government – Proposed Exhibit List for Trial (11/28/22) |
| 14 | Video – Ofc. Barker Body Worn Camera – Original (1/23/19 5:49 p.m.) (1:21:51) (previously submitted for identification as Gov Tr. Ex. 2) |

| *No.* | *Exhibit* |
|---|---|
| 15 | Transcript – Ofc. Barker Body Worn Camera – Excerpt (1/23/19 5:49 p.m.) (10:32) (previously submitted for identification as Gov. Tr. Ex. 2B) |
| 16 | Transcript – C. Reynolds Interview – Excerpt #1 (1/23/19 23:21:09) (20:43) (previously submitted for identification as Gov. Tr. Ex. 3B) |
| 17 | Transcript –C. Reynolds Interview – Excerpt #2 (1/24/19 00:09:52) (16:50) (previously submitted for identification as Gov. Tr. Ex. 3D) |
| 18 | Video – C. Reynolds Interview – Original (1/23/19 21:56:28) (6:02:37) (previously submitted for identification as Gov. Tr. Ex. 3) |

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By:        */s/*
        Julie D. Podlesni (VSB #77198) | D. Mack Coleman
        Assistant United States Attorneys
        Office of the United States Attorney
        721 Lakefront Commons, Suite 300
        Newport News, Virginia  23606
        Tel. (757) 591-4000 | Fax (757) 591-0866
        Julie.Podlesni@usdoj.gov | Mack.Coleman@usdoj.gov